# Third District Court of Appeal

## State of Florida

Opinion filed December 4, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0811
Lower Tribunal Nos. F02-9709, F02-16327
_____

**Kevin Jordan,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Kevin Jordan, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before LOGUE, C.J., and MILLER and GOODEN, JJ.

MILLER, J.

Appellant, Kevin Jordan, the respondent in involuntary civil commitment proceedings below, appeals from the dismissal of his petition for habeas corpus. Having been committed as a sexually violent predator under Chapter 394, Florida Statutes, he is currently in the custody of the Florida Department of Children and Families. Because there were no allegations of ineffective assistance of counsel, under rule 4.460 of the Florida Rules of Civil Procedure for Involuntary Commitment of Sexually Violent Predators, the petition had to "be filed in the county where the facility in which the petitioner is confined is located." Fla. R. Civ. P.–S.V.P. 4.460. Petitioner is currently confined in Arcadia, which is located in DeSoto County, Florida. Concluding therefore that the Eleventh Judicial Circuit lacked authority to deny the petition under review, we decline to reach the merits and, instead, reverse the order dismissing the petition for writ of habeas corpus and remand with instructions to transfer the petition to the Twelfth Judicial Circuit. See Shaw v. State, 49 Fla. L. Weekly D1941 (Fla. 3d DCA Sept. 25, 2024).

Reversed and remanded.